[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 09-14374
Non-Argument Calendar

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JULY 26, 2010
JOHN LEY
CLERK

D. C. Docket No. 07-00018-CR-HL-5

UNITED STATES OF AMERICA,

                                                        Plaintiff-Appellee,

versus

TAVARES MIDDLEBROOKS,
a.k.a. Snoop,

                                                        Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Georgia

_____

(July 26, 2010)

Before EDMONDSON, MARTIN and HILL, Circuit Judges.

PER CURIAM:

John R. Francisco, appointed counsel for Tavares Middlebrooks, has filed a

motion to withdraw from further representation, supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Middlebrooks's conviction and sentence are **AFFIRMED**.